**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————

No. 25-13527

Non-Argument Calendar

————————————

DARIUS MORRIS,

*Petitioner-Appellant,*

*versus*

WARDEN DOOLY STATE PRISON,

*Respondent-Appellee.*

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-05532-LMM

————————————

Before JILL PRYOR, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

Darius Morris, a state prisoner proceeding pro se, mailed a notice of appeal on September 25, 2025, that designates the district court's order "entered on September 11, 2025, denying his Motion

for Relief from Judgment." Because that notice is not effective to bring up for review any appealable order, we lack jurisdiction over this appeal.

The district court did not enter its order denying Morris's motion for relief from judgment until October 23, 2025. Because Morris filed his notice of appeal prior to the entry or announcement of that order, the notice is not effective to appeal it. *See Bogle v. Orange Cnty. Bd. of Cnty. Comm'rs*, 162 F.3d 653, 661 (11th Cir. 1998). To any extent that Morris seeks to appeal the September 11, 2025, mandate of this Court dismissing his earlier appeal, we lack jurisdiction over an appeal from that mandate. *See* 28 U.S.C. § 1291 (providing jurisdiction over "final decisions of the *district courts*" (emphasis added)); Fed. R. App. P. 40 (providing procedure for seeking rehearing of an appellate decision); 11th Cir. R. 27-2 (providing procedure for seeking reconsideration). Morris's notice of appeal is not timely to appeal the district court's judgment entered on June 24, 2025, which was the last appealable ruling before Morris filed his notice of appeal. *See* 28 U.S.C. § 2107(a); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300-01 (11th Cir. 2010).

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction. All pending motions are DENIED as moot.